UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DISABILITY RIGHTS FLORIDA, INC.

    Plaintiff,

Vs.                                              Case No. 4:16-cv-47-RH-CAS

JULIE L. JONES, in her official capacity
As Secretary of the Florida Department of
Corrections,

    Defendants.

## MEDIATION STATUS REPORT

The undersigned mediator reports to the court that the parties have mediated this matter in numerous sessions, most recently June 19 and 20, 2017. The parties were able to reach a settlement at that mediation and the undersigned has been advised that the final documents and exhibits are being circulated for execution and should be completed shortly. As this matter is subject to a court scheduling order, as soon as the documents are finalized, the undersigned will submit a Final Mediation Report.

DATED this __3rd__ day of July, 2017.

                                            DOMINIC M. CAPARELLO
                                            Messer Caparello, P.A.
                                            Post Office Box 15579
                                            Tallahassee, Florida 32308
                                            (Mediator)

Copies furnished:
Counsel of Record