UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DISABILITY RIGHTS FLORIDA, INC.

        Plaintiff,

Vs.                                          Case No. 4:16-cv-47-RH-CAS

JULIE L. JONES, in her official capacity
As Secretary of the Florida Department of
Corrections,

        Defendants.

_____

## MEDIATION REPORT

Pursuant to Mediation Status Report filed earlier in this matter, the undersigned mediator now has been advised by the parties that the final documents have been executed, and this matter is now settled.

DATED this ___7th___ day of July, 2017.

                                                    DOMINIC M. CAPARELLO
                                                    Messer Caparello, P.A.
                                                    Post Office Box 15579
                                                    Tallahassee, Florida 32308
                                                    (Mediator)

Copies furnished:
Counsel of Record