IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
FLORIDA - TALLAHASSEE DIVISION OR PANAMA CITY DIVISION

DISABILITY RIGHTS FLORIDA, INC.,
N21616, 59-2824728
2473 CARE DRIVE, SUITE 200
TALLAHASSEE, FLORIDA 32308
ELIJAH JACKSON, JR.,
FDC NO. 979922,
    *Plaintiff,*

v.

Assigned Panama City Division
Case No.: **5:17-CV-00263-MCR-CJK**
Assigned Panama City Division
Case No.: **4:16-CV-00047-WS-CAS**

JULIE L. JONES, SECRETARY OF FLORIDA
DEPARTMENT OF CORRECTIONS ("FDC-DC-DOC");
JOHN A. BARFIELD, WARDEN OF APALACHEE
CORRECTIONAL INSTITUTION ("ACI")
WEST UNIT NO. 101 AND EAST UNIT 102 AND
OFFICE OF HEALTH SERVICES ("OHS") AND
MEDICAL HEALTH CARE PROVIDER/CONTRACTOR
CENTURION, LLC AKA CENTURION OF FLORIDA;
DR. S. HOSSEINI, S.M.D. MEDICAL DOCTOR/CHIEF
HEALTH OFFICER AT ACI CENTURION, LLC;
KRISTI PUMPHREY, ADMINISTRATIVE ASSISTANT
OF ACI, MEDICAL DEPARTMENT- CENTURION, LLC;
AND ARNP, MSN MARY ELIZABETH PLISKIN,
ADVANCED REGISTERED NURSE PRACTICIONER
("ARNP") OF ACI, MEDICAL DEPARTMENT,
CENTURION, LLC, AND EMPLOYEES AS CONSTITUTED
AND STIPULATED/STATED HEREIN
EXHIBITS/EVIDENCE, EACH DEFENDANT IS SUED IN
THEIR INDIVIDUAL AND OFFICIAL CAPACITIES
UNDER THE COLOR OF STATE LAW 4:16-CV-00047-WS-
CAS
    *Defendant(s).*
_____/

## NOTICE OF APPEAL

    NOTICE IS GIVEN that the Plaintiff, **ELIJAH JACKSON, JR., FDC NO. 979922,** *pro se* and (Trust) **96047842** U/A April 17, 1996 Official Records of Polk County Book No. 3665 Page No. 0598 and (Incorporated) **95000020512**, appeals to the United States Court of Appeals, Eleventh Circuit, the final judgment/order denying the Motion for a Preliminary Injunction of this Court, rendered on December 6, 2017 and **there was not an "Order Adopting Report and**



1

Recommendation" nor a Report and Recommendation ("R&R"). **R&R was not filed in this case**, but a Document 87, 88, and 89 Order Denying the Motion for a Preliminary Injunction (amicus curiae) because "the parties settled this class action and as provided in their Settlement Agreement, the Court did not retain jurisdiction. The case is over. Plaintiff-Appellant is suffering ongoing violations of his constitutional rights and has filed imminent danger, at risk harm claims in appropriate circuit in 2nd Judicial Circuit Court – Leon County, Florida, Case No. 37-2017-CA-002382-0000-00 and U.S. District Court – Northern District of Florida, assigned Case No. 5:17-CV-00263-MCR-CJK; and Office of the Chief Inspector General ("OCIG") No. 2017-02-20-0004; and Florida Department of Health ("FDOH") Consumer Service Unit ("CSU") – Division of Medical Quality Assurance Bureau of Enforcement (see Forms DC4-711B, etc.) No. 201716780 MEP for Relief/Judgment or Rendition is attached for fast easy referral.**

The nature of the order appealed is a final judgment/Order Denying the Motion for a Preliminary Injunction Document 89 and 88, and rendered on a Non-jury Verdict/Judgment Document 89 and 88 ECF (without a **R&R**) by any U.S. Magistrate Judge and **Plaintiff/Appellant Motion for a Preliminary Injunction ECF No. 88 is denied December 6, 2017 and , Plaintiff/Appellant enjoins/consolidates Case No. 4:16-CV-00047-RH/CAS and 5:17-CV-00263-MCR/CJK for further review or appellate review.**

Dated/executed this 19th and 21st day of December, 2017 or 2018.

Respectfully submitted,

/s/ _____

**ELIJAH JACKSON, JR.,** *pro se* FDC NO. 0-979922
Apalachee Correctional Institution - West Unit
52 West Unit Drive (Loc. I1-101s)
Sneads, Florida 32460-4162
Phone: (850) 593-6431 or 6445 (Fax.)
www.dc.state.fl.us

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DISABILITY RIGHTS FLORIDA, INC.,

    Plaintiff,

v.                                    CASE NO. 4:16cv47-RH/CAS

JULIE JONES, in her official capacity as
Secretary of the Florida Department of
Corrections,

    Defendant.

_____/

## ORDER DENYING THE MOTION
## FOR A PRELIMINARY INJUNCTION

The parties settled this class action. As provided in their settlement agreement, the court did not retain jurisdiction. The case is over.

Elijah Jackson, Jr., who may have been a class member, has filed what appears to be a form motion, with barely legible handwritten insertions, asking for a preliminary injunction. He says he is suffering ongoing violations of his constitutional rights. If that is so, Mr. Jackson may file an appropriate lawsuit. But he is not entitled to relief in this closed case.

Case No. 4:16cv47-RH/CAS

*[handwritten annotations: 12-8-2017; 1: 17-CV-00263-MCR/CJK; 5:17-CV-00263-MCR-CJK]*

IT IS ORDERED:

The motion for a preliminary injunction, ECF No. 88, is denied.

SO ORDERED on December 6, 2017.

                                        s/Robert L. Hinkle
                                        United States District Judge

ELIJAH JACKSON, JR. #979922
APALACHEE CORRECTIONAL INSTI
52 WEST UNIT DR
SNEADS, FL 32460-4162
    416cv47. Order 92

4:16-CV-00047-RH/CAS

12-8-2017   5:17-CV-00263-MCR/CJK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
OFFICE OF THE CLERK
111 NORTH ADAMS STREET, SUITE 322
TALLAHASSEE, FLORIDA 32301-7717

OFFICIAL BUSINESS

IL-1015
S13

4:16-CV-00047
4:16-CV-00047-CV5-CAS

32460-415252



Hasler
12/06/2017
US POSTAGE          FIRST-CLASS MAIL
                    $00.46⁰

ZIP 32301
011D11634598

4:16-CV-00047-RH/CAS
12-8-2017

4:16-CV-00047-00263-McA/CMC

LEGAL MAIL

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
FLORIDA - TALLAHASSEE DIVISION OR PANAMA CITY DIVISION

ELIJAH JACKSON, JR.,
FDC NO. 979922,
    *Plaintiff,*

    Assigned Panama City Division
    Case No.: **5:17-CV-00263-MCR-CJK**
    Assigned Panama City Division
    Case No.: **4:16-CV-00047-WS-CAS**

v.

JULIE L. JONES, SECRETARY OF FLORIDA
DEPARTMENT OF CORRECTIONS ("FDC-DC-DOC");
JOHN A. BARFIELD, WARDEN OF APALACHEE
CORRECTIONAL INSTITUTION ("ACI")
WEST UNIT NO. 101 AND EAST UNIT 102 AND
OFFICE OF HEALTH SERVICES ("OHS") AND
MEDICAL HEALTH CARE PROVIDER/CONTRACTOR
CENTURION, LLC AKA CENTURION OF FLORIDA;
DR. S. HOSSEINI, S.M.D. MEDICAL DOCTOR/CHIEF
HEALTH OFFICER AT ACI CENTURION, LLC;
KRISTI PUMPHREY, ADMINISTRATIVE ASSISTANT
OF ACI, MEDICAL DEPARTMENT- CENTURION, LLC;
AND ARNP, MSN MARY ELIZABETH PLISKIN,
ADVANCED REGISTERED NURSE PRACTICIONER
("ARNP") OF ACI, MEDICAL DEPARTMENT,
CENTURION, LLC, AND EMPLOYEES AS CONSTITUTED
AND STIPULATED/STATED HEREIN
EXHIBITS/EVIDENCE, EACH DEFENDANT IS SUED IN
THEIR INDIVIDUAL AND OFFICIAL CAPACITIES
UNDER THE COLOR OF STATE LAW 4:16-CV-00047-WS-
CAS
    *Defendant(s).*
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that the Plaintiff, ELIJAH JACKSON, JR., FDC NO. 979922, *pro se* and (Trust) **96047842** U/A April 17, 1996 Official Records of Polk County Book No. 3665 Page No. 0598 and (Incorporated) **P95000020512**, appeals to the United States Court of Appeals, Eleventh Circuit, the final judgment of this Court, rendered on November 6, 2017 and **there was not an "Order Adopting Report and Recommendation" nor a Report and Recommendation ("R&R"). R&R was not filed in this case,** but a Document 8 Judgment or Rendition is attached.

1

The nature of the order appealed is a final judgment rendered on a Non-jury Verdict/Judgment Document 8 (without a **R&R**) by any U.S. Magistrate Judge and Plaintiff, take nothing and **THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE.** See also USDC-NDF-Tallahassee Division Case No. 4:16-CV-00047-WS-CAS.

Dated/executed this 27th/29th day of November, 2017 or 2018.

Respectfully submitted,

/s/ _____

**ELIJAH JACKSON, JR.,** *pro se* FDC NO. 0-979922
Apalachee Correctional Institution - West Unit
52 West Unit Drive (Loc. I1-101s)
Sneads, Florida 32460-4162
Phone: (850) 593-6431 or 6445 (Fax.)
www.dc.state.fl.us

2

## CERTIFICATE OF SERVICE OR PROOF OF SERVICE



  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail and or facsimile delivery to: "**All parties, Defendant's of Record or as constituted, stated, stipulated herein.**" (1.) Clerk of the United States District Court – Northern District of Florida – Tallahassee Division located at 111 North Adams Street, Tallahassee, Florida 32301-7730/77/7 (850)521-3501 or 3656 (Fax.); (2.) RANDALL C. BERG, JR., Esq., Dante P. Trevisani, Esq., Erica A. Selig, Esq., Florida Justice Institute, Inc., 100 Southeast 2nd Street, Suite 4320, Miami, Florida 33131-2113 (305)358-2081 x225 (305)358-0910 (Fax.) rberg@floridajusticeinstitute.org; (3.) Sharon Caserta, Esq., Morgan and Morgan, P.A., 20 North Orange Avenue, Orlando, Florida 32801-2414 (407)420-1414 (407)425-8171 (Fax.) morgan@forthepeople.com (4.) Molly Paris, Esq.; David Boyer, Esq.; Mary Ellen McDonald, Executive Director - Disability Rights Florida, 1930 Harrison Street, Suite 104, Hollywood, Florida 33020; (5.) Centurion, LLC www.centuronmanagecare.com (850)593-9644 (850)593-0027 (Fax.); (6.) Pamela Jo Bondi, Esq., Attorney General of the State of Florida – Florida Department of Legal Affairs – Office of the Attorney General, The Capitol, PL-01, Tallahassee, Florida 32399-1050 (954)712-4607 (954)712-4821 (Fax.); and (7.) Kenneth S. Steely, Esq., General Counsel – Office of the General Counsel, 501 South Calhoun Street, Central Office, Tallahassee, Florida 32399-2500 (850)488-5021 (850)717-3647.

Dated/executed this _13TH_ day of _DECEMBER_, 2017 or 2018.

/s/ _[signature]_

**ELIJAH JACKSON, JR.**, *pro se* FDC NO. 0-979922
Apalachee Correctional Institution - West Unit
52 West Unit Drive (Loc. I1-101s)
Sneads, Florida 32460-4162
Phone: (850) 593-6431 or 6445 (Fax.)
www.dc.state.fl.us

_[handwritten annotations: "LIBERTY, EQUALITY, FRATERNITY", "SPEA MEA TO DEO EST", "DEUS MECUMQUE JUS", "E PLURIBUS UNUM", "ORDO NOVUS SECLORUM", "MA'AT"]_

3

ELIJAH JACKSON, JR., ET AL., DC NO. 979921
APALACHEE CORRECTIONAL INSTITUTION - WEST UNIT NO. 101
52 WEST UNIT DRIVE, F1-101B
SNEADS, FLORIDA 32460-4162

Mailed From A State Correctional Institution

U.S. POSTAGE >> PITNEY
ZIP 32460  $ 001.
02 1W
0001392384 DEC. 15

C/O JESSICA J. LYUBLANOVITS, CLERK
OFFICE OF THE CLERK OF COURT
UNITED STATES DISTRICT COURT - NORTHERN DISTRICT
OF FLORIDA - PANAMA CITY DIVISION
30 WEST GOVERNMENT STREET,
PANAMA CITY, FLORIDA 32401

LEGAL MAIL

4:16-CV-00047-RH/CAS  C7