# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

DISABILITY RIGHTS
FLORIDA INC,

       VS                         USDC NO. 4:16-cv-00047-RH-CAS
                                       USCA NO. _____

JULIE JONES,

## TRANSMITTAL OF NOTICE OF APPEAL

       The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

Other Appeal Notices: 12/4/2017
There was no hearing from which a transcript could be made.
Judge/Magistrate Judge appealed from: Robert L. Hinkle
Other:

Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

                                     JESSICA J. LYUBLANOVITS,
                                     CLERK OF COURT

                                     By: <u>Tiffinie Larkins</u>
                                     Deputy Clerk
                                     111 North Adams Street
December 19, 2017                        Tallahassee, Florida 32301

**Query**    **Reports**    **Utilities**    **Help**    **Log Out**

STAYED,CLOSED,APPEAL,MEDIATION

# U.S. District Court
# Northern District of Florida (Tallahassee)
# CIVIL DOCKET FOR CASE #: 4:16-cv-00047-RH-CAS

DISABILITY RIGHTS FLORIDA INC v. JONES
Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE CHARLES A STAMPELOS
Case in other court: USCA, 17-15388-H
Cause: 42:1983 Civil Rights Act

Date Filed: 01/26/2016
Date Terminated: 07/11/2017
Jury Demand: None
Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**DISABILITY RIGHTS FLORIDA INC**     represented by    **DANTE PASQUALE TREVISANI**
FLORIDA JUSTICE INSTITUTE INC-MIAMI FL
100 SE 2ND ST
3750 BANK OF AMERICA TWR
MIAMI, FL 33131
305-358-2081
Fax: 305-358-0910
Email: dtrevisani@floridajusticeinstitute.org
*ATTORNEY TO BE NOTICED*

**DAVID ALLEN BOYER**
DISABILITY RIGHTS FLORIDA - HOLLYWOOD FL
1930 HARRISON ST
STE 104
HOLLYWOOD, FL 33020
931-980-8766
Fax: 850-488-8640
Email: davidb@disabilityrightsflorida.org
*ATTORNEY TO BE NOTICED*

**ERICA SELIG**
3750 MIAMI TOWER
100 SE SECOND STREET
MIAMI, FL 33131
786-342-6918
Email: eselig@floridajusticeinstitute.org

*ATTORNEY TO BE NOTICED*

**MOLLY JEAN PARIS**
FLORIDA LAWYERS ASSISTANCE
2335 EAST ATLANTIC BLVD
SUITE 410
POMPANO BEACH, FL 33062
954-566-9040
Fax: 954-568-0803
Email: mollyp@disabilityrightsflorida.org
*ATTORNEY TO BE NOTICED*

**SHARON CASERTA**
MORGAN & MORGAN -
JACKSONVILLE FL
76 S LAURA ST
STE 1100
JACKSONVILLE, FL 32202
904-361-0078
Fax: 904-361-4305
Email: SCaserta@forthepeople.com
*ATTORNEY TO BE NOTICED*

**RANDALL CHALLEN BERG**
FLORIDA JUSTICE INSTITUTE INC -
MIAMI FL
3750 BANK OF AMERICA TOWER
100 SE SECOND ST
MIAMI, FL 33131
305-358-2081
Fax: 305-358-0910
Email: rberg@floridajusticeinstitute.org
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**UNITED STATES**                    represented by   **ANN J RILEY**
US DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530
202-305-0369
Fax: 202-305-9775
Email: ann.riley@usdoj.gov
*ATTORNEY TO BE NOTICED*

**ELISABETH MARY OPPENHEIMER**
DOJ-CRT
DISABILITY RIGHTS SECTION
950 PENNSYLVANIA AVE NW - NA
WASHINGTON, DC 20530
202-616-3653
Email: elisabeth.oppenheimer@usdoj.gov
*TERMINATED: 05/15/2017*

**V.**

**Defendant**

| | | |
|---|---|---|
| **JULIE L JONES** | represented by | **ALBERT BOWDEN** |

ATTORNEY GENERAL STATE OF FL -
TALLAHASSEE FL
STATE OF FLORIDA
PL 01 THE CAPITOL
TALLAHASSEE, FL 32399-1050
850-414-3300
Fax: 850-488-4872
Email: al.bowden@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**JAMIE MELISSA BRAUN**
FLORIDA DEPARTMENT OF
EDUCATION - TALLAHASSEE FL
325 W GAINES ST
STE 1244
TALLAHASSEE, FL 32399
850-245-0442
Email: jamie.braun@fldoe.org
*ATTORNEY TO BE NOTICED*

**LISA KUHLMAN TIETIG**
OFFICE OF THE ATTORNEY
GENERAL - TALLAHASSEE FL
THE CAPITOL STE PL-01
400 S MONROE ST
TALLAHASSEE, FL 32399
850-414-3300
Fax: 850-488-4872
Email: lisa.kuhlman@apdcares.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 01/26/2016 | 1 | COMPLAINT *for Declaratory and Injunctive Relief* against JULIE L JONES ( Filing fee $ 400 receipt number AFLNDC-3477979.), filed by DISABILITY RIGHTS FLORIDA INC. (Attachments: # 1 Exhibit Summons Serving Julie Jones, Secretary of the Florida Department of Corrections) (BERG, RANDALL) (Entered: 01/26/2016) |
|---|---|---|
| 01/26/2016 | 2 | CIVIL COVER SHEET. (BERG, RANDALL) (Entered: 01/26/2016) |
| 01/26/2016 | 3 | Summons Issued as to JULIE L JONES. (tdl) (Entered: 01/26/2016) |
| 01/26/2016 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of SENIOR JUDGE WILLIAM STAFFORD notified that action is needed Re: 2 Civil Cover Sheet, 1 Complaint, (tdl) (Entered: 01/26/2016) |
| 02/03/2016 | 4 | SUMMONS Returned Executed by DISABILITY RIGHTS FLORIDA INC. JULIE L JONES served on 2/1/2016, answer due 2/22/2016. (BERG, RANDALL) (Entered: 02/03/2016) |
| 02/04/2016 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of SENIOR JUDGE WILLIAM STAFFORD notified that action is needed Re: 4 Summons Returned Executed (tdl) (Entered: 02/04/2016) |
| 02/12/2016 | 5 | NOTICE of Appearance by LISA KUHLMAN TIETIG on behalf of JULIE L JONES (TIETIG, LISA) (Entered: 02/12/2016) |
| 02/16/2016 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of SENIOR JUDGE WILLIAM STAFFORD notified that action is needed Re: 5 Notice of Appearance (tdl) (Entered: 02/16/2016) |
| 02/17/2016 | 6 | Consent MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by JULIE L JONES. (TIETIG, LISA) (Entered: 02/17/2016) |
| 02/18/2016 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of SENIOR JUDGE WILLIAM STAFFORD notified that action is needed Re: 6 Consent MOTION for Extension of Time to File Response (tdl) (Entered: 02/18/2016) |
| 02/18/2016 | 7 | ORDER OF DISQUALIFICATION. SENIOR JUDGE WILLIAM STAFFORD recused. Case reassigned to JUDGE ROBERT L HINKLE for all further proceedings. Signed by SENIOR JUDGE WILLIAM STAFFORD on 2/18/2016. (tdl) (Entered: 02/18/2016) |
| 02/24/2016 | 8 | INITIAL SCHEDULING ORDER: Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for **3/9/2016**. Rule 26 Meeting Report due by **4/8/2016**. Discovery due by **8/17/2016**. Signed by JUDGE ROBERT L HINKLE on 2/24/2016. (tdl) (Entered: 02/24/2016) |
| 02/24/2016 | 9 | Corporate Disclosure Statement/Certificate of Interested Persons by DISABILITY RIGHTS FLORIDA INC. (TREVISANI, DANTE) (Entered: 02/24/2016) |
| 03/17/2016 | 10 | REPORT of Rule 26(f) Planning Meeting. (BERG, RANDALL) (Entered: 03/17/2016) |
| 04/19/2016 | 11 | Joint MOTION for Entry of Scheduling Order by DISABILITY RIGHTS FLORIDA INC. (TREVISANI, DANTE) (Entered: 04/19/2016) |

| 04/22/2016 | 12 | Second MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by JULIE L JONES. (TIETIG, LISA) (Entered: 04/22/2016) |
|---|---|---|
| 04/25/2016 | 13 | MOTION to Dismiss *Partial and Motion for More Definite Statement* by JULIE L JONES. (Internal deadline for referral to judge if response not filed earlier: **5/9/2016**). (Attachments: # 1 Exhibit Ex. A Face Sheet for Kevin Stephans, # 2 Exhibit Ex. B Face Sheet for Michael Boggs, # 3 Exhibit Ex. C Face Sheet for Thomas Jameson, # 4 Exhibit Ex. D Face Sheet for Kevin Osborn, # 5 Exhibit Ex. E Face Sheet for Valerie Boyette, # 6 Exhibit Ex. F Face Sheet for Thomas Pekari, # 7 Exhibit Ex. G Settlement and Release for Richard Jackson, # 8 Exhibit Ex. H Complaint for Richard Jackson, # 9 Exhibit Ex. I Settlement and Release for Christopher Villanueva, # 10 Exhibit Ex. J Complaint for Christopher Villanueva) (TIETIG, LISA) (Entered: 04/25/2016) |
| 04/26/2016 | 14 | NOTICE *Corrected Certificate of Service* by JULIE L JONES re 13 MOTION to Dismiss *Partial and Motion for More Definite Statement* (TIETIG, LISA) (Entered: 04/26/2016) |
| 04/29/2016 | 15 | SCHEDULING AND MEDIATION ORDER re: 10 Report: (Discovery due by **7/14/2017.**, Dispositive Motions to be filed by **9/12/2017.**, Jury Trial set for **3/5/2018 08:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE., Mediation Report due by **8/11/2017.**), Case referred to mediation. Signed by JUDGE ROBERT L HINKLE on 4/29/2016. (tdl) (Entered: 04/29/2016) |
| 04/29/2016 | 16 | ORDER EXTENDING DEADLINES - The defendant's unopposed motions, ECF Nos 6 and 12 , to extend the deadline to respond to the complaint is GRANTED. The motion to enter a scheduling order, ECF No. 11 , is granted. Signed by JUDGE ROBERT L HINKLE on 4/29/2017. (tdl) (Entered: 04/29/2016) |
| 04/29/2016 | 17 | MOTION For a Rule 16(a) Pretrial Conference by JULIE L JONES. (Attachments: # 1 Exhibit Exhibit A Plaintiff's Interrogatories to Defendant, # 2 Exhibit Exhibit B Plaintiff's First Request to Produce to Defendant) (TIETIG, LISA) (Entered: 04/29/2016) |
| 05/02/2016 | 18 | ORDER FOR A PRETRIAL CONFERENCE - The clerk must set a pretrial conference by telephone for the first available date on or after May 19, 2016. Signed by JUDGE ROBERT L HINKLE on 5/2/2016. (tdl) (Entered: 05/02/2016) |
| 05/05/2016 | 19 | MOTION to Extend Time *to Respond to Plaintiff's Discovery Requests* by JULIE L JONES. (Attachments: # 1 Exhibit Ex. A Interrogatories, # 2 Exhibit Ex. B Request to Produce) (TIETIG, LISA) (Entered: 05/05/2016) |
| 05/05/2016 | 20 | RESPONSE in Opposition re 19 MOTION to Extend Time *to Respond to Plaintiff's Discovery Requests* filed by DISABILITY RIGHTS FLORIDA INC. (TREVISANI, DANTE) (Entered: 05/05/2016) |
| 05/08/2016 | 21 | ORDER ON THE MOTION TO EXTEND THE DEADLINE FOR DISCOVERY RESPONSES re 19 Motion. The defendant's motion to extend the deadline for responding to the plaintiff's first sets of interrogatories and production requests is granted in part. Signed by JUDGE ROBERT L HINKLE on 5/8/2016. (tdl) (Entered: 05/09/2016) |

| 05/09/2016 | 22 | RESPONSE in Opposition re 13 MOTION to Dismiss *Partial and Motion for More Definite Statement* filed by DISABILITY RIGHTS FLORIDA INC. (Attachments: # 1 Exhibit DOJ Complaint) (TREVISANI, DANTE) (Entered: 05/09/2016) |
|---|---|---|
| 05/25/2016 | 23 | NOTICE OF TELEPHONIC HEARING: Telephonic Pretrial Conference set for **6/1/2016 10:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301.<br><br>Parties are instructed to call (850) 521-3601 at the time of hearing.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 05/25/2016) |
| 05/26/2016 | 24 | ORDER DENYING THE 13 MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT. Signed by JUDGE ROBERT L HINKLE on 5/26/16. (pll) (Entered: 05/29/2016) |
| 05/31/2016 | 25 | NOTICE of Appearance by JAMIE MELISSA BRAUN on behalf of JULIE L JONES (BRAUN, JAMIE) (Entered: 05/31/2016) |
| 05/31/2016 | 26 | NOTICE of Appearance by ALBERT BOWDEN on behalf of JULIE L JONES (BOWDEN, ALBERT) (Entered: 05/31/2016) |
| 06/01/2016 | 27 | NOTICE of Appearance by ERICA SELIG on behalf of All Plaintiffs (SELIG, ERICA) (Entered: 06/01/2016) |
| 06/01/2016 | 28 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Pretrial Conference held on 6/1/2016. Parties discuss the case and the management of it. Ruling by Court regarding depositions and a status conference will be set every two months in this case. An order is forthcoming. (Court Reporter Judy Gagnon) (erl) (Entered: 06/02/2016) |
| 06/08/2016 | 29 | CASE MANAGEMENT ORDER - The clerk must schedule case management conferences by telephone every other month through September 2017. Signed by JUDGE ROBERT L HINKLE on 6/8/16. (tdl) (Entered: 06/08/2016) |
| 06/14/2016 | 30 | MOTION for Extension of Time to File Answer re 1 Complaint, *and Affirmative Defenses* by JULIE L JONES. (TIETIG, LISA) (Entered: 06/14/2016) |
| 06/15/2016 | 31 | ORDER EXTENDING THE DEADLINE TO RESPOND TO THE COMPLAINT - The defendant's unopposed motion, ECF No. 30 , to extend the deadline to respond to the complaint is GRANTED. (Answer due by **6/24/2016**.) Signed by JUDGE ROBERT L HINKLE on 6/15/2016. (tdl) (Entered: 06/16/2016) |
| 06/20/2016 | 32 | Joint MOTION for Protective Order *(HIPAA Qualified Protective Order and Stipulated Confidentiality Order)* by DISABILITY RIGHTS FLORIDA INC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 1 - Proposed HIPAA Qualified Protective Order, # 2 Exhibit 2 - Proposed Stipulated Confidentiality Order) (TREVISANI, DANTE) (Entered: 06/20/2016) |
| 06/21/2016 | 33 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephonic Status Conference held on 06/01/16, before Judge ROBERT L. HINKLE. Court Reporter/Transcriber Judy A. Gagnon, Telephone number 850-561-6822. <br><br> *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* <br><br> Redaction Request due **6/28/2016**. Release of Transcript Restriction set for **9/26/2016**. (jg) (Entered: 06/21/2016) |
| 06/21/2016 | 34 | AGREED HIPAA QUALIFIED PROTECTIVE ORDER re 32 JOINT MOTION. Signed by JUDGE ROBERT L HINKLE on 6/21/2016. (tdl) (Entered: 06/21/2016) |
| 06/22/2016 | 35 | STIPULATED CONFIDENTIALITY ORDER re 32 Joint MOTION. This Order governs the handling, exchange, disclosure, maintenance, storage, use, and discussion of documents that a party may wish to keep Confidential. Signed by JUDGE ROBERT L HINKLE on 6/22/2016. (tdl) (Entered: 06/22/2016) |
| 06/22/2016 | 36 | NOTICE OF TELEPHONIC HEARING: Telephonic Case Management Conference set for **8/25/2016 11:00 AM EDT** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301. <br><br> Parties are instructed to call (850) 521-3601 at the time of hearing. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Elizabeth Lawrence* <br> Courtroom Deputy Clerk (erl) (Entered: 06/22/2016) |
| 06/24/2016 | 37 | ANSWER to 1 Complaint, *and Affirmative Defenses and Defenses* by JULIE L JONES. (TIETIG, LISA) (Entered: 06/24/2016) |
| 08/03/2016 | 38 | NOTICE OF TELEPHONIC HEARING: Telephonic Case Management Conference set for **8/12/2016 09:00 AM EDT** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301. <br><br> Parties are instructed to call (850) 521-3601 at the time of hearing. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* |

| | | |
|---|---|---|
| | | *s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 08/03/2016) |
| 08/12/2016 | 39 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Case Management Conference held on 8/12/2016. Parties address issue about Plaintiffs expert going into the facilities and taking photographs. Ruling by Court: The plaintiffs expert will be allowed to go into the facilities and take photographs, but is to not disseminate the photographs. (Court Reporter Judy Gagnon (erl) (Entered: 08/12/2016) |
| 08/17/2016 | 40 | ORDER SETTING PROCEDURES FOR FACILITY INSPECTIONS. Signed by JUDGE ROBERT L HINKLE on 8/17/2016. (tdl) (Entered: 08/18/2016) |
| 08/25/2016 | 41 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Status Conference held on 8/25/2016. Parties give status of case and tours of the facilities. Nothing is needed from the Court at this time. Another case management will be set. (Court Reporter Judy Gagnon) (erl) (Entered: 08/25/2016) |
| 08/25/2016 | 42 | NOTICE OF TELEPHONIC HEARING: Telephonic Case Management Conference set for **10/27/2016 11:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301.<br><br>Parties are instructed to call (850) 521-3601 at the time of hearing.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 08/25/2016) |
| 08/25/2016 | 43 | ORDER MAINTAINING THE SCHEDULE. Signed by JUDGE ROBERT L HINKLE on 8/25/2016. (tdl) (Entered: 08/26/2016) |
| 10/07/2016 | 44 | NOTICE OF RESCHEDULED TELEPHONIC HEARING: Telephonic Case Management Conference reset for **10/27/2016 01:45 PM EDT** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301.<br><br>Parties are instructed to call (850) 691-0704 at the time of hearing.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 10/07/2016) |

| 10/27/2016 | 45 | AMENDED NOTICE OF TELEPHONIC HEARING: Telephonic Case Management Conference set for **10/27/2016 01:45 PM EDT** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301.<br><br>Parties are instructed to call **(850) 521-3601** at the time of hearing.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 10/27/2016) |
| 10/27/2016 | 46 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Case Management Conference held on 10/27/2016. Parties discuss the status of the case and issues. Ruling by Court: Mediation is to start by the end of January 2017. An updated list of names of inmates who will be witnesses at the trial is due by November 30, 2016. Another case management conference will be set in December 2016. An order is forthcoming. (Court Reporter Judy Gagnon) (erl) (Entered: 10/28/2016) |
| 10/28/2016 | 47 | ORDER ADVANCING THE MEDIATION DEADLINE AND REQUIRING UPDATED 26(a)(3) DISCLOSURES - (Plaintiff's Supplemental Notice on **11/30/2016.**) Signed by JUDGE ROBERT L HINKLE on 10/28/2016. (tdl) (Entered: 10/31/2016) |
| 12/05/2016 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 47 Order - Plaintiff's Supplemental Federal Rule of Civil Procedure 26(a)(3) disclosures due. (tdl) (Entered: 12/05/2016) |
| 12/13/2016 | 48 | NOTICE OF TELEPHONIC HEARING: Telephonic Case Management Conference set for **12/19/2016 11:00 AM EST** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301.<br><br>Parties are instructed to call (850) 521-3601 at the time of hearing.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 12/13/2016) |
| 12/15/2016 | 49 | NOTICE *of Filing* by JULIE L JONES re 29 Order (BOWDEN, ALBERT) (Entered: 12/15/2016) |
| 12/19/2016 | 50 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Status Conference held on 12/19/2016. Parties discuss issues related to case management with the Court. Ruling by Court: Plaintiff must serve answers to interrogatories by January |

| | | |
|---|---|---|
| | | 20, 2017. The Rule 26(a)(2) deadlines are adjusted. An order is forthcoming. (Court Reporter Judy Gagnon) (erl) (Entered: 12/19/2016) |
| 12/19/2016 | 51 | CASE-MANAGEMENT ORDER. Signed by JUDGE ROBERT L HINKLE on 12/19/2016. (tdl) (Entered: 12/19/2016) |
| 01/09/2017 | 52 | NOTICE of Appearance by ELISABETH MARY OPPENHEIMER on behalf of United States (OPPENHEIMER, ELISABETH) (Entered: 01/09/2017) |
| 01/09/2017 | 53 | MOTION to Intervene by United States. (Attachments: # 1 Exhibit A (Proposed Complaint-in-Intervention)) (OPPENHEIMER, ELISABETH) (Entered: 01/09/2017) |
| 01/12/2017 | 54 | NOTICE OF TELEPHONIC HEARING: Telephonic Case Management Conference set for **2/28/2017 03:00 PM EST** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301. <br><br> Parties are instructed to call (850) 521-3601 at the time of hearing. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Elizabeth Lawrence* <br> Courtroom Deputy Clerk (erl) (Entered: 01/12/2017) |
| 01/12/2017 | 55 | MOTION to Extend Time *to File an Opposing Memorandum to the United States' Motion to Intervene* by JULIE L JONES. (BOWDEN, ALBERT) (Entered: 01/12/2017) |
| 01/12/2017 | 56 | MOTION for Judgment on the Pleadings *Defendant's Motion for Partial Judgment on the Pleadings* by JULIE L JONES. (Internal deadline for referral to judge if response not filed earlier: **1/26/2017**). (BRAUN, JAMIE) (Entered: 01/12/2017) |
| 01/20/2017 | 57 | MOTION for Extension of Time to File Response/Reply *to Defendant's Motion for Judgment on the Pleadings* by DISABILITY RIGHTS FLORIDA INC. (BERG, RANDALL) (Entered: 01/20/2017) |
| 01/20/2017 | 58 | MOTION for Enlargement of Word Limit by DISABILITY RIGHTS FLORIDA INC. (BERG, RANDALL) (Entered: 01/20/2017) |
| 01/24/2017 | 59 | ORDER EXTENDING DEADLINES ON PENDING MOTIONS. The defendant's unopposed motion, ECF No. 55 , to extend the deadline to respond to the motion to intervene is granted. The deadline is extended to **1/27/2017**. The plaintiff's unopposed motion, ECF No. 57 , to extend the deadline to respond to the motion for judgment on the pleadings is granted. The deadline is extended to **2/15/2017**. Signed by JUDGE ROBERT L HINKLE on 1/24/2017. (kjw) (Entered: 01/24/2017) |
| 01/24/2017 | 60 | ORDER INCREASING THE WORD LIMITS FOR SUMMARY-JUDGMENT MOTIONS. The plaintiff's motion, ECF No. 58 , to increase the word limit for its anticipated summary-judgment motion is granted. The word limit for all summary-judgment memoranda and responses in this case is increased to 16,000. Signed by |

| | | |
|---|---|---|
| | | JUDGE ROBERT L HINKLE on 1/24/2017. (kjw) (Entered: 01/24/2017) |
| 01/27/2017 | 61 | RESPONSE in Opposition re 53 MOTION to Intervene filed by JULIE L JONES. (Attachments: # 1 Exhibit Letter dated June 26, 2013, # 2 Exhibit Letter dated November 5, 2013, # 3 Exhibit Letter dated September 30, 2015) (BOWDEN, ALBERT) (Entered: 01/27/2017) |
| 01/30/2017 | 62 | MOTION for Summary Judgment *(Redacted)* by DISABILITY RIGHTS FLORIDA INC. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **2/21/2017**). (Attachments: # 1 Exhibit 1- Bureau of Justice Statistics (BJS) Report, # 2 Exhibit 2- FDOC Impairment Rating Spreadsheet, # 3 Exhibit 3- AVID Report, # 4 Exhibit 4- Center for American Progress Report, # 5 Exhibit 5- ACLU Report, # 6 Exhibit 6- DOJ-FDOC Letters, # 7 Exhibit 7- Dr. Dennis Cokely Report, # 8 Exhibit 8- [Redacted] Declaration, # 9 Exhibit 9 - [Redacted] Declaration, # 10 Exhibit 10 - [Redacted] Declaration, # 11 Exhibit 11 - [Redacted] Declaration, # 12 Exhibit 12 - [Redacted] Declaration, # 13 Exhibit 13 - [Redacted] Declaration, # 14 Exhibit 14 - [Redacted] Declaration, # 15 Exhibit 15 - [Redacted] Declaration, # 16 Exhibit 16 - [Redacted] Declaration, # 17 Exhibit 17 - [Redacted] Declaration, # 18 Exhibit 18 - [Redacted] Documents, # 19 Exhibit 19 - [Redacted] Documents, # 20 Exhibit 20 - [Redacted] Documents, # 21 Exhibit 21 - [Redacted] Documents, # 22 Exhibit 22 - [Redacted] Documents, # 23 Exhibit 23 - RMAR Documents, # 24 Exhibit 24 - FDOC Procedure 604.101, # 25 Exhibit 25 - Procedure 403.011, # 26 Exhibit 26 - FDOC's Response to Plaintiff's Second Request for Production, # 27 Exhibit 27 - [Redacted] Declaration, # 28 Exhibit 28 - [Redacted] Documents, # 29 Exhibit 29 - Health Service Bulletin 15.03.27, # 30 Exhibit 30 - [Redacted] Documents, # 31 Exhibit 31 - Mark Mazz Report, # 32 Exhibit 32 - Martinetti Motions to Enforce, # 33 Exhibit 33 - Martinetti Response to Motion to Enforce, # 34 Exhibit 34 - Grizzard Affidavit, # 35 Exhibit 35 - Norkunas Reports, # 36 Exhibit 36 - Grizzard Deposition, # 37 Exhibit 37 - [Redacted] Declaration, # 38 Exhibit 38 - [Redacted] Documents, # 39 Exhibit 39 - [Redacted] Declaration, # 40 Exhibit 40 - [Redacted] Declaration, # 41 Exhibit 41 - [Redacted] Declaration, # 42 Exhibit 42 - [Redacted] Declaration, # 43 Exhibit 43 - [Redacted] Declaration, # 44 Exhibit 44 - [Redacted] Documents, # 45 Exhibit 45 - [Redacted] Documents, # 46 Exhibit 46 - [Redacted] Declaration, # 47 Exhibit 47 - [Redacted] Declaration, # 48 Exhibit 48 - [Redacted] Documents, # 49 Exhibit 49 - Villanueva Verified Complaint, # 50 Exhibit 50 - [Redacted] Documents, # 51 Exhibit 51 - Dr. Fredric Schroeder Report, # 52 Exhibit 52 - [Redacted] Declaration, # 53 Exhibit 53 - [Redacted] Declaration, # 54 Exhibit 54 - [Redacted] Declaration, # 55 Exhibit 55 - [Redacted] Declaration, # 56 Exhibit 56 - [Redacted] Documents, # 57 Exhibit 57 - [Redacted] Documents, # 58 Exhibit 58 - [Redacted] Documents, # 59 Exhibit 59 - [Redacted] Documents, # 60 Exhibit 60 - [Redacted] Documents, # 61 Exhibit 61 - [Redacted] Documents, # 62 Exhibit 62 - [Redacted] Documents, # 63 Exhibit 63 - [Redacted] Documents) (TREVISANI, DANTE) (Entered: 01/30/2017) |
| 01/31/2017 | 63 | Sealed Document. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 |

| | | |
|---|---|---|
| | | Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit, # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Exhibit, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit, # 70 Exhibit, # 71 Exhibit, # 72 Exhibit) (tdl) (Entered: 01/31/2017) |
| 01/31/2017 | 64 | DOCKET ANNOTATION BY COURT: Hard Drive received on 1/30/2017 re 63 Sealed documents. (tdl)**Hard Drive filed and stored on shelf** (Entered: 01/31/2017) |
| 02/06/2017 | 65 | MOTION to Stay *Joint Motion for Stay* by JULIE L JONES. (BOWDEN, ALBERT) (Entered: 02/06/2017) |
| 02/07/2017 | 66 | NOTICE OF RESCHEDULED TELEPHONIC HEARING: Telephonic Case Management Conference reset for **3/7/2017 02:00 PM** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301. Parties are instructed to call (850) 521-3601 at the time of hearing. *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <u>*s/ Elizabeth Lawrence*</u> Courtroom Deputy Clerk (erl) (Entered: 02/07/2017) |
| 02/14/2017 | 67 | ORDER STAYING PROCEEDINGS FOR 60 DAYS, re 65 Joint Motion for a Stay and to Extend Certain Deadlines By 60 Days During Mediation. All proceedings are stayed until **4/6/2017**. All deadlines that had not passed as of February 6, 2017, are extended 60 days. By separate notice, the clerk must reschedule the case management conference that was set for March 7, 2017. Signed by JUDGE ROBERT L HINKLE on 2/14/2017. (kjw) STAYED Case Flag set. (Entered: 02/16/2017) |
| 02/23/2017 | 68 | NOTICE OF RESCHEDULED TELEPHONIC HEARING: Telephonic Case Management Conference reset for **4/12/2017 11:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301. Parties are instructed to call (850) 521-3601 at the time of hearing. *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <u>*s/ Elizabeth Lawrence*</u> |

| | | |
|---|---|---|
| | | Courtroom Deputy Clerk (erl) (Entered: 02/23/2017) |
| 02/24/2017 | 69 | NOTICE *of Supplemental Authority in Support of Plaintiff's Motion for Summary Judgment (DE 63)* by DISABILITY RIGHTS FLORIDA INC (Attachments: # 1 Exhibit 4th Cir. decision in Heyer v. BOP) (BERG, RANDALL) (Entered: 02/24/2017) |
| 04/04/2017 | 70 | MOTION to Stay *Defendant's Motion for Additional Time for The Stay and to Extend Certain Deadlines (Plaintiff Stipulates to Part of the Relief Requested)* by JULIE L JONES. (BOWDEN, ALBERT) (Entered: 04/04/2017) |
| 04/10/2017 | 71 | ORDER EXTENDING THE STAY - The clerk must reschedule the case management conference that was set for April 12, 2017. (Status Report due by **5/8/2017**.) Signed by JUDGE ROBERT L HINKLE on 4/7/17. (tdl) (Entered: 04/10/2017) |
| 04/11/2017 | 72 | NOTICE OF TELEPHONIC HEARING: Telephonic Case Management Conference set for **4/12/2017 11:00 AM EDT**in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301. <br><br> Parties are instructed to call at the time of the hearing: <br><br> **(888) 684-8852** <br> **Access Code: 3243416#** <br> **Security Code: 0412#** <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Elizabeth Lawrence* <br> Courtroom Deputy Clerk (erl) (Entered: 04/11/2017) |
| 04/11/2017 | 73 | ORDER EXTENDING STAY. Signed by JUDGE ROBERT L HINKLE on 4/11/17. (sms) (Entered: 04/11/2017) |
| 04/11/2017 | 74 | NOTICE OF **CANCELLATION** OF HEARING: Telephonic Case Management Conference set for **4/12/2017 11:00 AM** before JUDGE ROBERT L HINKLE has been **CANCELLED**. (kjw) (Entered: 04/11/2017) |
| 04/24/2017 | 75 | MOTION to Withdraw *as Counsel (Unopposed)* by United States. (OPPENHEIMER, ELISABETH) (Entered: 04/24/2017) |
| 04/25/2017 | 76 | NOTICE of Appearance by ANN J RILEY on behalf of United States (RILEY, ANN) (Entered: 04/25/2017) |
| 05/15/2017 | 77 | ORDER GRANTING 75 LEAVE TO WITHDRAW-OPPENHEIMER. Signed by JUDGE ROBERT L HINKLE on 5/15/2017. (tdl)**Attorney ELISABETH MARY OPPENHEIMER terminated. (Entered: 05/16/2017) |

| 06/06/2017 | 78 | MOTION to Stay *Joint Motion for Additional Extension of the Stay, and To Extend Certain Deadlines* by JULIE L JONES. (BOWDEN, ALBERT) (Entered: 06/06/2017) |
|---|---|---|
| 06/15/2017 | 79 | ORDER EXTENDING THE STAY RE 78 . Signed by JUDGE ROBERT L HINKLE on 6/15/17. (sms) (Entered: 06/15/2017) |
| 07/03/2017 | 80 | STATUS REPORT by DISABILITY RIGHTS FLORIDA INC. (CAPARELLO, DOMINIC) (Entered: 07/03/2017) |
| 07/07/2017 | 81 | MEDIATION REPORT - Settled (CAPARELLO, DOMINIC) (Entered: 07/07/2017) |
| 07/11/2017 | 82 | **VACATED per 85 ORDER**ORDER FOR DISMISSAL re 81 Mediation Report. The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41." The clerk must close the file. Signed by JUDGE ROBERT L HINKLE on 7/11/2017. (tdl) Modified on 8/8/2017 (tdl). (Entered: 07/12/2017) |
| 07/11/2017 | 83 | **VACATED per 85 ORDER**CLERK'S JUDGMENT, entered pursuant to 82 Order. (tdl) Modified on 8/8/2017 (tdl). (Entered: 07/12/2017) |
| 07/13/2017 | 84 | Joint MOTION to Vacate 82 Order, by JULIE L JONES. (Attachments: # 1 Exhibit Joint Stipulation of Dismissal with Prejudice) (BOWDEN, ALBERT) (Entered: 07/13/2017) |
| 08/07/2017 | 85 | ORDER VACATING THE ORIGINAL ORDER FOR DISMISSAL AND ANY JUDGMENT AND CONFIRMING THE STIPULATED DISMISSAL WITH PREJUDICE - The parties' joint motion to vacate, ECF No. 84 , is granted. The Order of Dismissal, ECF No. 82 , is vacated. Any judgment entered based on the Order of Dismissal, see ECF No. 83 , is vacated. All claims in this action are dismissed with prejudice based on the stipulation. Jurisdiction is not retained. The clerk must close the file. Signed by JUDGE ROBERT L HINKLE on 8/7/2017. (tdl) (Entered: 08/08/2017) |
| 11/27/2017 | 86 | Letter from Augustus Rose Jr. #465363 (tdl) (Entered: 11/29/2017) |
| 11/27/2017 | 87 | Letter from Susan Elizabeth Baker #945171 (tdl) (Entered: 11/29/2017) |
| 12/04/2017 | 88 | EMERGENCY MOTION for Preliminary Injunction or, Alternatively, for Protective Order Prohibiting Retaliation and Intimidation of Plaintiff and Witnesses by Elijah Jackson #979922. (tdl)**Motion originally opened in new case on 10/13/2017..5:17cv263 MCR** (Entered: 12/05/2017) |
| 12/04/2017 | 89 | NOTICE OF APPEAL as to 85 Order by Elijah Jackson Jr. #979922. (Electronic Availability of ROA due by **3/5/2018**.) (tdl)**Fee Due** (Entered: 12/05/2017) |
| 12/05/2017 | 90 | Appeal Instructions re 89 Notice of Appeal: The Transcript Request Form is available on the Internet at http://www.flnd.uscourts.gov/forms/Attorney/ECCA_transcript_form_fillable.pdf **PLEASE NOTE** Separate forms must be filed for each court reporter. (tdl) (Entered: 12/05/2017) |

| 12/05/2017 | 91 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 89 Notice of Appeal. (tdl) (Entered: 12/05/2017) |
| 12/05/2017 | | Set Deadlines re 89 Notice of Appeal: Clerk to check status of Appeal on **3/5/2018**. (tdl) (Entered: 12/05/2017) |
| 12/06/2017 | 92 | ORDER DENYING THE 88 MOTION FOR A PRELIMINARY INJUNCTION. Signed by JUDGE ROBERT L HINKLE on 12/6/2017. (tdl)**Order forwarded** (Entered: 12/06/2017) |
| 12/07/2017 | 93 | USCA Case Number 17-15388-H for 89 NOTICE OF APPEAL as to 85 Order. (tdl) (Entered: 12/07/2017) |

### PACER Service Center

#### Transaction Receipt

12/19/2017 11:38:14

| PACER Login: | fn1434 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:16-cv-00047-RH-CAS |
| Billable Pages: | 11 | Cost: | 1.10 |
| Exempt flag: | Exempt | Exempt reason: | Always |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DISABILITY RIGHTS FLORIDA, INC.,

      Plaintiff,

v.                        CASE NO.  4:16cv47-RH/CAS

JULIE JONES, in her official capacity as
Secretary of the Florida Department of
Corrections,

      Defendant.

_____/

## ORDER DENYING THE MOTION
## FOR A PRELIMINARY INJUNCTION

      The parties settled this class action. As provided in their settlement

agreement, the court did not retain jurisdiction. The case is over.

      Elijah Jackson, Jr., who may have been a class member, has filed what

appears to be a form motion, with barely legible handwritten insertions, asking for

a preliminary injunction. He says he is suffering ongoing violations of his

constitutional rights. If that is so, Mr. Jackson may file an appropriate lawsuit. But

he is not entitled to relief in this closed case.

*Page 2 of 2*

IT IS ORDERED:

The motion for a preliminary injunction, ECF No. 88, is denied.

SO ORDERED on December 6, 2017.

s/Robert L. Hinkle
United States District Judge

PROVIDED TO APALACHEE CORRECTIONAL
INSTITUTION ON 12-14-17 FOR MAILING
                    DATE
                    BD

## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA - TALLAHASSEE DIVISION OR PANAMA CITY DIVISION

DISABILITY RIGHTS FLORIDA, INC.,
N21616, 59-2824728
2473 CARE DRIVE, SUITE 200
TALLAHASSEE, FLORIDA 32308
ELIJAH JACKSON, JR.,
FDC NO. 979922,
  *Plaintiff,*

             Assigned Panama City Division
             Case No.: **5:17-CV-00263-MCR-CJK**

**v.**           Assigned Panama City Division
             Case No.: **4:16-CV-00047-WS-CAS**

JULIE L. JONES, SECRETARY OF FLORIDA
DEPARTMENT OF CORRECTIONS ("FDC-DC-DOC");
JOHN A. BARFIELD, WARDEN OF APALACHEE
CORRECTIONAL INSTITUTION ("ACI")
WEST UNIT NO. 101 AND EAST UNIT 102 AND
OFFICE OF HEALTH SERVICES ("OHS") AND
MEDICAL HEALTH CARE PROVIDER/CONTRACTOR
CENTURION, LLC AKA CENTURION OF FLORIDA;
DR. S. HOSSEINI, S.M.D. MEDICAL DOCTOR/CHIEF
HEALTH OFFICER AT ACI CENTURION, LLC;
KRISTI PUMPHREY, ADMINISTRATIVE ASSISTANT
OF ACI, MEDICAL DEPARTMENT- CENTURION, LLC;
AND ARNP, MSN MARY ELIZABETH PLISKIN,
ADVANCED REGISTERED NURSE PRACTICIONER
("ARNP") OF ACI, MEDICAL DEPARTMENT,
CENTURION, LLC, AND EMPLOYEES AS CONSTITUTED
AND STIPULATED/STATED HEREIN
EXHIBITS/EVIDENCE, EACH DEFENDANT IS SUED IN
THEIR INDIVIDUAL AND OFFICIAL CAPACITIES
UNDER THE COLOR OF STATE LAW 4:16-CV-00047-WS-
CAS
  *Defendant(s).*

                      /

## NOTICE OF APPEAL

  NOTICE IS GIVEN that the Plaintiff, **ELIJAH JACKSON, JR.**, **FDC NO. 979922**, *pro se* and (Trust) **96047842** U/A April 17, 1996 Official Records of Polk County Book No. 3665 Page No. 0598 and (Incorporated) **95000020512**, appeals to the United States Court of Appeals, Eleventh Circuit, the final judgment/order denying the Motion for a Preliminary Injunction of this Court, rendered on December 6, 2017 and **there was not an "Order Adopting Report and**



1

Recommendation" nor a Report and Recommendation ("R&R"). R&R was not filed in this case, but a Document 87, 88, and 89 Order Denying the Motion for a Preliminary Injunction (amicus curiae) because "**the parties settled this class action and as provided in their Settlement Agreement, the Court did not retain jurisdiction. The case is over. Plaintiff-Appellant is suffering ongoing violations of his constitutional rights and has filed imminent danger, at risk harm claims in appropriate circuit in 2nd Judicial Circuit Court – Leon County, Florida, Case No. 37-2017-CA-002382-0000-00 and U.S. District Court – Northern District of Florida, assigned Case No. 5:17-CV-00263-MCR-CJK; and Office of the Chief Inspector General ("OCIG") No. 2017-02-20-0004; and Florida Department of Health ("FDOH") Consumer Service Unit ("CSU") – Division of Medical Quality Assurance Bureau of Enforcement (see Forms DC4-711B, etc.) No. 201716780 MEP for Relief/Judgment or Rendition is attached for fast easy referral.**

The nature of the order appealed is a final judgment/Order Denying the Motion for a Preliminary Injunction Document 89 and 88, and rendered on a Non-jury Verdict/Judgment Document 89 and 88 ECF (without a **R&R**) by any U.S. Magistrate Judge and **Plaintiff/Appellant Motion for a Preliminary Injunction ECF No. 88 is denied December 6, 2017 and , Plaintiff/Appellant enjoins/consolidates Case No. 4:16-CV-00047-RH/CAS and 5:17-CV-00263-MCR/CJK for further review or appellate review.**

Dated/executed this 19th and 21st day of December, 2017 or 2018.

Respectfully submitted,

/s/

**ELIJAH JACKSON, JR.,** *pro se* **FDC NO. 0-979922**
Apalachee Correctional Institution - West Unit
52 West Unit Drive (Loc. I1-101s)
Sneads, Florida 32460-4162
Phone: (850) 593-6431 or 6445 (Fax.)
www.dc.state.fl.us

2

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DISABILITY RIGHTS FLORIDA, INC.,

      Plaintiff,

v.                       CASE NO.  4:16cv47-RH/CAS

JULIE JONES, in her official capacity as
Secretary of the Florida Department of
Corrections,

      Defendant.

_____/

# ORDER DENYING THE MOTION
# FOR A PRELIMINARY INJUNCTION

The parties settled this class action. As provided in their settlement

agreement, the court did not retain jurisdiction. The case is over.

Elijah Jackson, Jr., who may have been a class member, has filed what

appears to be a form motion, with barely legible handwritten insertions, asking for

a preliminary injunction. He says he is suffering ongoing violations of his

constitutional rights. If that is so, Mr. Jackson may file an appropriate lawsuit. But

he is not entitled to relief in this closed case.

Case No.  4:16cv47-RH/CAS

12-8-2017

D: 17-CV-00263-MCR/CJK
5:17-CV-00263-MCR-CJK

*Page 2 of 2*

IT IS ORDERED:

The motion for a preliminary injunction, ECF No. 88, is denied.

SO ORDERED on December 6, 2017.

s/Robert L. Hinkle
United States District Judge

12-8-2017

ELIJAH JACKSON, JR. #979922
APALACHEE CORRECTIONAL INSTI
52 WEST UNIT DR
SNEADS, FL 32460-4162
        416cv47. Order 92

4:16-CV - 00047-RH/CAS

12-8-2017   5:17-CV-00263-MCR/CJK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
111 NORTH ADAMS STREET, SUITE 322
TALLAHASSEE, FLORIDA 32301-7717

OFFICIAL BUSINESS

IL-1015
S13

**Hasler**
12/06/2017
**US POSTAGE**

FIRST-CLASS MAIL

$00.46⁰



ZIP 32301
011D11634598

4:16-CV-00047
4:16-CV-00047-CVS-CAS

32460-416252

4:16-CV-00047-RH/CAS
12-8-2017

LEGAL MAIL - 0263 - MCR/CSTC

IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF
FLORIDA - TALLAHASSEE DIVISION OR PANAMA CITY DIVISION

ELIJAH JACKSON, JR.,
FDC NO. 979922,
    *Plaintiff,*

                                      Assigned Panama City Division
                                      Case No.: **5:17-CV-00263-MCR-CJK**
v.                                 Assigned Panama City Division
                                      Case No.: **4:16-CV-00047-WS-CAS**

JULIE L. JONES, SECRETARY OF FLORIDA
DEPARTMENT OF CORRECTIONS ("FDC-DC-DOC");
JOHN A. BARFIELD, WARDEN OF APALACHEE
CORRECTIONAL INSTITUTION ("ACI")
WEST UNIT NO. 101 AND EAST UNIT 102 AND
OFFICE OF HEALTH SERVICES ("OHS") AND
MEDICAL HEALTH CARE PROVIDER/CONTRACTOR
CENTURION, LLC AKA CENTURION OF FLORIDA;
DR. S. HOSSEINI, S.M.D. MEDICAL DOCTOR/CHIEF
HEALTH OFFICER AT ACI CENTURION, LLC;
KRISTI PUMPHREY, ADMINISTRATIVE ASSISTANT
OF ACI, MEDICAL DEPARTMENT- CENTURION, LLC;
AND ARNP, MSN MARY ELIZABETH PLISKIN,
ADVANCED REGISTERED NURSE PRACTICIONER
("ARNP") OF ACI, MEDICAL DEPARTMENT,
CENTURION, LLC, AND EMPLOYEES AS CONSTITUTED
AND STIPULATED/STATED HEREIN
EXHIBITS/EVIDENCE, EACH DEFENDANT IS SUED IN
THEIR INDIVIDUAL AND OFFICIAL CAPACITIES
UNDER THE COLOR OF STATE LAW 4:16-CV-00047-WS-
CAS
    *Defendant(s).*

_____/

## NOTICE OF APPEAL

    NOTICE IS GIVEN that the Plaintiff, **ELIJAH JACKSON, JR., FDC NO. 979922,** *pro se* and (Trust) **96047842** U/A April 17, 1996 Official Records of Polk County Book No. 3665 Page No. 0598 and (Incorporated) **P95000020512,** appeals to the United States Court of Appeals, Eleventh Circuit, the final judgment of this Court, rendered on November 6, 2017 and **there was not an "Order Adopting Report and Recommendation" nor a Report and Recommendation ("R&R"). R&R was not filed in this case,** but a Document 8 Judgment or Rendition is attached.

1

Filed DEC 04 '17 US DC Fln 4PM 0341

RHD 12-8-2017

The nature of the order appealed is a final judgment rendered on a Non-jury Verdict/Judgment Document 8 (without a **R&R**) by any U.S. Magistrate Judge and Plaintiff, take nothing and **THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE.** See also USDC-NDF-Tallahassee Division Case No. 4:16-CV-00047-WS-CAS.

Dated/executed this ___ day of _____, 2017/or 2018.

Respectfully submitted,

/s/ _____

**ELIJAH JACKSON, JR.,** *pro se* FDC NO. 0-979922
Apalachee Correctional Institution - West Unit
52 West Unit Drive (Loc. I1-101s)
Sneads, Florida 32460-4162
Phone: (850) 593-6431 or 6445 (Fax.)
www.dc.state.fl.us

2

## CERTIFICATE OF SERVICE OR PROOF OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail and or facsimile delivery to: **"All parties, Defendant's of Record or as constituted, stated, stipulated herein."** (1.) Clerk of the United States District Court – Northern District of Florida – Tallahassee Division located at 111 North Adams Street, Tallahassee, Florida 32301-7730/77/7 (850)521-3501 or 3656 (Fax.); (2.) RANDALL C. BERG, JR., Esq., Dante P. Trevisani, Esq., Erica A. Selig, Esq., Florida Justice Institute, Inc., 100 Southeast 2nd Street, Suite 4320, Miami, Florida 33131-2113 (305)358-2081 x225 (305)358-0910 (Fax.) rberg@ floridajusticeinstitute.org; (3.) Sharon Caserta, Esq., Morgan and Morgan, P.A., 20 North Orange Avenue, Orlando, Florida 32801-2414 (407)420-1414 (407)425-8171 (Fax.) morgan@forthepeople.com (4.) Molly Paris, Esq.; David Boyer, Esq.; Mary Ellen McDonald, Executive Director - Disability Rights Florida, 1930 Harrison Street, Suite 104, Hollywood, Florida 33020; (5.) Centurion, LLC www.centuronmanagecare.com (850)593-9644 (850)593-0027 (Fax.); (6.) Pamela Jo Bondi, Esq., Attorney General of the State of Florida – Florida Department of Legal Affairs – Office of the Attorney General, The Capitol, PL-01, Tallahassee, Florida 32399-1050 (954)712-4607 (954)712-4821 (Fax.); and (7.) Kenneth S. Steely, Esq., General Counsel – Office of the General Counsel, 501 South Calhoun Street, Central Office, Tallahassee, Florida 32399-2500 (850)488-5021 (850)717-3647.



Dated/executed this _____ day of _DECEMBER_ , 2017 or 2018.

/s/

**ELIJAH JACKSON, JR.,** *pro se* FDC NO. 0-979922
Apalachee Correctional Institution - West Unit
52 West Unit Drive (Loc. I1-101s)
Sneads, Florida 32460-4162
Phone: (850) 593-6431 or 6445 (Fax.)
www.dc.state.fl.us

3

ELIJAH JACKSON, JR., ET AL., DC NO. 979822

APALACHEE CORRECTIONAL INSTITUTION - WEST UNIT No. 101

52 WEST UNIT DRIVE, D1-101B

SNEADS, FLORIDA 32460-4162

Mailed From A State
Correctional Institution

U.S. POSTAGE >> PITNEY
ZIP 32460 $ 001.
02 1W
0001392384 DEC. 15

C/o JESSICA J. LYUBLANOVITS, CLERK
OFFICE OF THE CLERK OF COURT
UNITED STATES DISTRICT COURT - NORTHERN DISTRICT
OF FLORIDA - PANAMA CITY DIVISION
30 WEST GOVERNMENT STREET,
PANAMA CITY, FLORIDA 32401

LEGAL MAIL

4:16-CV-00047-RH/CAS C2