July 15, 2019

Dear Honorable Judge Robert L. Hinkle,

I am writing this letter to you Concerning Case number: 4:16-CV-47-RH-CAS, I just received the docket Printout in June 2019 and i am somewhat familiar with the settlement agreement that was issued under the above listed Case number." I am requesting respectfully from you some help, as i have wrote to Disability rights florida, Florida Justice institute, Morgan & Morgan and numerous grievances on the issue of medical for D.O.C. and accomodation, with <u>no help being provided</u> to me at all, which is cause for this letter." My name is prisoner inmate: JOHN F. Casey III D.C. number A-308188. I have serious back and right hip problems resulting from a serious beating that i sustained by 6-8 blacks <u>over my own personal property</u> while housed in the duval County Jail in either June or July of 2005. I have <u>never been provided</u> the proper medical Care for these injuries from this serious assault that took place against me." NOW, my Condition worsens and Florida department of Corrections <u>is not provide</u> the medical Care i need or the accomodation(s) that i have requested." There is no chiropractor for florida D.O.C., Therefore, i go without the proper treatment that i need for these injuries." The Centurion medical has takin x-ray's but the x-rays Not being reviewed by a Chiropractor they Claim there is no injury." I have faced extreme adversity from black Centurion medical personal, and have been denied Care by same.

②

July 15, 2019

........ I have wrote to the following entity(s) on the issue of problem(s) with the medical only to receive no response at all:
Federal bureau of Prisons 320 First st N.W, Washington, DC. 20534, this address was provided to me by the Florida dept of health.
I have "wrote" to the multiple address for "Centurion" requesting complaint forms concerning staff misconduct and denial of medical services at the following:

MHM services inc.              Centurion of Florida
1593 spring hill rd.           LLC Company
suite 600                      P.O. Box 4090
Nienna, VA. 22182              Farmington, MO. 63640-4198

Centurion of Florida
5964 U.S. Hwy 90           and
Live Oak, FL. 32060

Florida Corporate office for healthcare.
1203 Governors professional Blvd, suite 600
Tallahassee, FL. 32301

I wrote serious Letters to all of the above never to receive not one single response back!! I dont know if possibly my mail was or has been intercepted by officials at certain institute's or what but no respone's was ever received.
I have suffered serious injury's such as a broken jaw because of gang members and me being in a bad state of health are unable to properly defend myself. Like i have stated Florida department of Corrections is
........

(3)

July 25, 2019

...... and has continually placed and put me in harms way by not sending me to the proper facility. According to the settlement Agreement, review of the chart at the Appendix part of said agreement states that i am to be housed at ZEPHYRHILLS C.I. in pasco county., however officials, medical, D.O.C. employee's, refuse to follow this settlement Agreement of the Court.!!!

I had one medical personal at jackson C.I punch me in the Lower back, sent me into the examination room table, then only to get another Centurion medical personal to "LIE" that she was in the examination room and that it never took place. and yes, i did grieve it all the way to tallahassee." only for the grievance to be denied." somehow, someway, these nasty corrupt officials of "Centurion medical" must be stopped." They are refuse to provide me a walking cane." I was extremely sick a couple of weeks ago to where i was in fear to even fall asleep, that i would die in my sleep because i was so sick, i submitted a sick call and did a "medical emergency" only to have my account "fleeced" and again "denied" medical care. To date i have never got to be seen by a doctor for my illness's.

I will respectfully request of you, honorable judge hinkle to issue a "injunction" and have a order issued to immediately have me transported to Zephyrhills Corr inst."

.......

④

July 15, 2019

........ To where i can receive the <u>proper medical treatment</u> that i very much need. <u>Please</u> help Judge hinkle, you have the power to do so".

I hope and pray to receive a response from your office.

very respectfully and sincerely submitted,

John F. Casey III
#A-308188
JOHN F. Casey III

Okeechobee Corr Inst
3420 N.E. 168th St
Okeechobee, FL. 34972-4824

John F. Casey III #A308188
Okeechobee Corr Inst
3420 N.E. 168th St
Okeechobee, FL. 34972-4824

MAILED FROM
OKEECHOBEE CORRECTIONAL
INSTITUTION

Attn: Chief Judge: Robert L. Hinkle
U.S. Courthouse
111 N. Adams St.
Tallahassee, Florida.
32301-7717

LEGAL MAIL